**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **CARMEN LAMPHERE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-23-CV-383-KC** |
| | § | |
| **ALEJANDRO N. MAYORKAS,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On this day, the Court considered the parties' Stipulation of Dismissal, ECF No. 34.  In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the parties' Proposed Order of Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the Motion to Dismiss, ECF No. 16, is **DENIED** as moot.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 3rd day of December, 2024.

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE